PATRICIA HARVEY *v.* RALPH HARVEY
(12435)

FOTI, LANDAU and HEIMAN, Js.

Argued September 28—decision released October 18, 1994

*Sandra M. McDonough,* for the appellant-appellee (plaintiff).

*Ralph Harvey,* pro se, the appellee-appellant (defendant).

PER CURIAM. The judgment is affirmed.